**Pyrotek, Inc. - USA**
Aged Receivables

3/23/09    6:45 AM
Page    1

Customer ALU01709 All Currencies, As of 3/23/2009, Aged By Invoice Date, 00030100
Displayed in Native, Current Exchange Rate                    Entity:

| Customer Id InvoiceID | Customer Name Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| **ALU01709** | **Indalex West Inc. - City of Industry** | | | | Credit4 | | |
| INV0164752 | 12/12/08 | $0.00 | $0.00 | $0.00 | $5,755.00 | $0.00 | $5,755.00 |
| INV0166633 | 1/12/09 | $0.00 | $0.00 | $6,814.62 | $0.00 | $0.00 | $6,814.62 |
| INV0168913 | 2/9/09 | $0.00 | $6,192.77 | $0.00 | $0.00 | $0.00 | $6,192.77 |
| INV0169777 | 2/19/09 | $0.00 | $10,175.65 | $0.00 | $0.00 | $0.00 | $10,175.65 |
| INV0172077 | 3/20/09 | $1,262.20 | $0.00 | $0.00 | $0.00 | $0.00 | $1,262.20 |
| **Customer Totals** | | $1,262.20 | $16,368.42 | $6,814.62 | $5,755.00 | $0.00 | $30,200.24 |
| **Report Totals** | | $1,262.20 | $16,368.42 | $6,814.62 | $5,755.00 | $0.00 | $30,200.24 |

*Advanced Metals
Processing Technology*



# STATEMENT OF ACCOUNT

Date: **3/23/2009**
Customer #: **ALU01709**
Sales Rep: **GabPiz**

**Pyrotek, Inc. - USA**
1285 Claremont Road
Carlisle, PA 17015
USA
Phone: (717) 249-2075 Fax: (717)249-5905

**TO:** Indalex West Inc. – City of Industry
Attn: Accounts Payable
706 South State Street
Girard, OH 44420

| Invoice Date | Due Date | Invoice # | Reference | Invoice Amount | Balance |
|---|---|---|---|---|---|
| 12/12/2008 | 1/26/2009 | INV0164752 | Your#: 860576 | $5,755.00 | $5,755.00 |
| 1/12/2009 | 2/26/2009 | INV0166633 | Your#: 861119 | $6,814.62 | $6,814.62 |
| 2/9/2009 | 3/26/2009 | INV0168913 | Your#: 862330 | $6,192.77 | $6,192.77 |
| 2/19/2009 | 4/5/2009 | INV0169777 | Your#: 862798 | $10,175.65 | $10,175.65 |
| 3/20/2009 | 5/4/2009 | INV0172077 | Your#: Butch | $1,262.20 | $1,262.20 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Statement Total |
|---|---|---|---|---|---|
| $24,445.24 | $5,755.00 | $0.00 | $0.00 | $0.00 | $30,200.24 |

**For Questions Regarding Your Account Please Contact:**
Debbie Horn--Credit Analyst
Phone: (812) 868-2883 Fax: (812) 867-6353
Office Hours: Monday - Friday 8:00am-5:00pm EST/Indian



*High Temperature*
*Materials Technology*
*Since 1956*

**Pyrotek, Inc-USA**
**Centralized Billing Address**
**1285 Claremont Road**
**Carlisle, PA 17015**
**USA**

# Invoice

**Inv. Number:** INV0168913

**Inv. Date:** 2/9/09
**Page:**
**Customer ID:** ALU01709
**Packlist Id:** PL0167923

| Sold To: | Indalex West Inc. - City of Industry |
| | Attn: Accounts Payable |
| | 706 South State Street |
| | Girard, OH 44420 |

| Ship To: | Indalex West Inc. - City of Industry |
| | 18111 East Railroad Street |
| | City of Industry, CA 91748 |
| | USA |

| Customer P.O. | Ship Via | Freight/Incoterm | Sales Order | Terms |
|---|---|---|---|---|
| 862330 | Our Truck, No Overag | Cerritos, CA | 0113055 | Net 45, Freight: Billed |

| Ordered | Shipped | UOM | Part ID | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 100.00 | 100.00 | Ea | 002945 | FLOAT, N14, 3.5"DIA, W/20" WIRE, BN CTD | $8.63 | $863.00 |
| | | | *Customer Part ID:* | N14FL08 | | |
| 200.00 | 200.00 | Ea | 003915 | SPOUT, N14, 6" X 1-1/8" X 5/8", BN CTD | $6.25 | $1,250.00 |
| | | | *Customer Part ID:* | A-SPT012 | | |
| 100.00 | 100.00 | Ea | 004473 | TROUGH GASKET, G2, 1" X 16" X 16" | $2.09 | $209.00 |
| | | | *Customer Part ID:* | GAS070 | | |
| 330.00 | 330.00 | Lb | 004732 | PERLUBE 2,  50 KG (110#) DRUM | $5.30 | $1,749.00 |
| | | | *Customer Part ID:* | PRL110 | | |
| 100.00 | 100.00 | Ea | 023442 | TROUGH SOCK, 43P, 13" X 6" W/GASKET | $14.30 | $1,430.00 |
| | | | *Customer Part ID:* | 023442 | | |
| 10.00 | 10.00 | Ea | 005100 | SCRAPER, N14, 1" X 7" X 18" | $21.98 | $219.80 |
| | | | *Customer Part ID:* | 005100 | | |

**SUB TOTAL** $5,720.80
8.25% Sales Tax $471.97

**Total Amount Due:** $6,192.77
All Currencies In US Dollars ============

*For Questions Regarding This Invoice Please Contact:*
*Debbie Horn--Credit Analyst*
*Phone: (812) 868-2883 Fax: (812) 867-6353 Email: debhor@pyrotek-inc.com*
*Office Hours: Monday - Friday 8:00am-5:00pm EST/Indiana*

**Please Remit Payment To:**
**Pyrotek-USA**
**PO Box 643505**
**Cincinnati, OH 45264-3505**



High Temperature
Materials Technology
Since 1956

# Packing Slip

**Slip Number:** PL0167923

**Date Shipped:** 2/6/09.
**Page:** 1

**Pyrotek, Inc.**
1285 Claremont Road
Carlisle, PA 17013
USA
PH: (717) 249-2075  FAX: (717) 249-5905

**Customer:** Indalex West Inc. - City of Indu  ALU01709

18111 East Railroad Street
City of Industry, CA 91748
USA

**Ship To:** Indalex West Inc. - City of Industry

18111 East Railroad Street
City of Industry, CA 91748
USA

| Customer PO | Ship Via | Freight/Incoterm | Sales Order ID |
|---|---|---|---|
| 862330 | Our Truck, No Overages | Cerritos, CA | 0113055 |

| Ordered | Shipped | BkOrdered | U/M | Part ID | Description |
|---|---|---|---|---|---|
| **Order Specs:** | | | | | |
| 100.00 | 100.00 | 0.00 | Ea | 002945 | FLOAT, N14, 3.5"DIA, W/20" WIRE, BN CTD<br>**Customer Part ID: N14FL08** |
| 200.00 | 200.00 | 0.00 | Ea | 003915 | SPOUT, N14, 6" X 1-1/8" X 5/8", BN CTD<br>**Customer Part ID: A-SPT012** |
| 100.00 | 100.00 | 0.00 | Ea | 004473 | TROUGH GASKET, G2, 1" X 16" X 16"<br>**Customer Part ID: GAS070** |
| 330.00 | 330.00 | 0.00 | Lb | 004732 | PERLUBE 2, 50 KG (110#) DRUM<br>**Customer Part ID: PRL110** |
| 100.00 | 100.00 | 0.00 | Ea | 023442 | TROUGH SOCK, 43P, 13" X 6" W/GASKET<br>**Customer Part ID: 023442** |
| 10.00 | 10.00 | 0.00 | Ea | 005100 | SCRAPER, N14, 1" X 7" X 18"<br>**Customer Part ID: 005100** |

**CERTIFICATE OF CONFORMANCE:** This certifies that product (s) delivered against this purchase order is manufactured and in compliance to customer specification and established in the item number and part description.

**FREIGHT CLAIMS:** Unless otherwise provided on the ORDER ACKNOWLEDGEMENT form, all shipments and prices are F.O.B. point of shipment. Therefore, delivery by us to the initial carrier and acceptance by the carrier constitute delivery to Buyer and the risk of loss goods shall pass to Buyer upon such delivery to and acceptance by the carrier. When we arrange delivery, it is as a convenience to Buyer, and we assume no responsibility for carrier's performance or failure to perform in regard to delivery, loss, damage, breakage, or in any other respect after acceptance by the carrier. CLAIMS AGAINST CARRIERS MUST BE FILED BY THE PURCHASER.

**RETURNED GOODS PROCEDURE:** All goods being returned to Pyrotek must be accompanied by a return goods authorization number. This must be secured by calling Pyrotek Customer Service Department. This procedure must be strictly adhered to, in order that we may process these returns promptly within our system.



# Packing Slip

**Slip Number:** PL0167923

Date Shipped: 2/6/09
Page: 1

**Pyrotek, Inc.**
16440 Manning Way
Cerritos, CA 90703
USA
PH: (562) 623-0085  FAX: (562) 623-0195

**Customer:** Indalex West Inc. – City of Industry
18111 East Railroad Street
City of Industry, CA 91748
USA

**Ship To:** Indalex West Inc. – City of Industry
18111 East Railroad Street
City of Industry, CA 91748
USA

| Customer PO | Ship Via | Freight/Incoterm | Sales Order ID |
|---|---|---|---|
| 862330 | Our Truck, No Overages | Cerritos, CA | 0113055 |

| Ordered | Shipped | BkOrdered | U/M | Part ID | Description |
|---|---|---|---|---|---|
| **Order Specs:** | | | | | |
| 100.00 | 100.00 | 0.00 | Ea | 002945 | FLOAT, N14, 3.5"DIA, W/20" WIRE, BN CTD<br>**Customer Part ID:** N14FL08 |
| 200.00 | 200.00 | 0.00 | Ea | 003915 | SPOUT, N14, 6" X 1-1/8" X 5/8", BN CTD<br>**Customer Part ID:** A-SPT012 |
| 100.00 | 100.00 | 0.00 | Ea | 004473 | TROUGH GASKET, G2, 1" X 16" X 16"<br>**Customer Part ID:** GAS070 |
| 330.00 | 330.00 | 0.00 | Lb | 004732 | PERLUBE 2,  50 KG (110#) DRUM<br>**Customer Part ID:** PRL110 |
| 100.00 | 100.00 | 0.00 | Ea | 023442 | TROUGH SOCK, 43P, 13" X 6" W/GASKET<br>**Customer Part ID:** 023442 |
| 10.00 | 10.00 | 0.00 | Ea | 005100 | SCRAPER, N14, 1" X 7" X 18"<br>**Customer Part ID:** 005100 |

**CERTIFICATE OF CONFORMANCE:** This certifies that product (s) delivered against this purchase order is manufactured and in compliance to customer specification and established in the item number and part description.

**FREIGHT CLAIMS:** Unless otherwise provided on the ORDER ACKNOWLEDGEMENT form, all shipments and prices are F.O.B. point of shipment. Therefore, delivery by us to the initial carrier and acceptance by the carrier constitute delivery to Buyer and the risk of loss goods shall pass to Buyer upon such delivery to and acceptance by the carrier. When we arrange delivery, it is as a convenience to Buyer, and we assume no responsibility for carrier's performance or failure to perform in regard to delivery, loss, damage, breakage, or in any other respect after acceptance by the carrier. CLAIMS AGAINST CARRIERS MUST BE FILED BY THE PURCHASER.

**RETURNED GOODS PROCEDURE:** All goods being returned to Pyrotek must be accompanied by a return goods authorization number. This must be secured by calling Pyrotek Customer Service Department. This procedure must be strictly adhered to, in order that we may process these returns promptly within our system.



RECEIVED
FEB 0 6 2009
BY
ERENQUE



**BILL TO:**
706 S. STATE ST.
Attn: Accounts Payable
Girard, OH 44420

VENDOR: 23234

| PO# | 862330 | ORIGINAL | PAGE DATE | 02/05/0 |
|---|---|---|---|---|

| | PAYMENT INFORMATION |
|---|---|
| **TERMS** | Net payment due in 45 days |
| **DISCOUNT DAYS** | **RATE** **DUE DAYS** |
| | **SHIP INFORMATION** |
| **FREIGHT TERMS** | City of Industry - Casting |
| **SHIP VIA** | Prepaid |

PYROTEK INC.
1285 CLAREMONT ROAD
CARLISLE PA 17013

FAX: 800 648-4149
CONTACT:

SHIP TO: Indalex Inc.-COI Casting
18111 Railroad Street
-
-
City of Industry CA 91749
PHONE: 626 810-2420          EXT:
CONTACT: Lorena Avila
EMAIL: lorena_avila@indalex.com

| LINE | ITEM | QTY/ UNIT PRICE | UOM | EXTENDED |
|---|---|---|---|---|
| | Deliver on February 6, 2009 unless specified by line | | | |
| | Purchase Order Currency: US Dollar | | | |
| | Additional Contacts : | | | |
| | Invoice by mail | | | |
| | Process Level: 78 | | | |
| 1 | 002945 3.5" floats Line is taxable | 100.0000 EA 7.41000 | | 741.00 |
| 2 | 003915 6" spouts Line is taxable | 200.0000 YD 5.72000 | | 1,144.00 |

*handwritten:* 5/6 7.41
*handwritten:* ↓ 200 ea price.
*handwritten:* 8.63 - 100 ea price.
*handwritten:* 5/6 5.72  ea 6.25

*NOTICE: All shipping instructions must be followed as specified on the Purchase Order, any deviation without written consent from Indalex Inc. can and will result in a back charge for the difference in the freight/invoice and the amount Indalex Inc. would have been charged to move the freight.

This order subject to the Terms and Conditions as set forth on the website www.Indalex.com

* The prices set forth in this Purchase Order are firm prices and cannot be changed by any clause, term or condition set forth in Seller's Quotation or Acknowledgement unless such change is specifically agreed to by Buyer in a separate written agreement.
*Mail Invoice(s) in Duplicate and Bill of Lading, if available, to the above address.

*Indalex Inc.

An Equal Opportunity Employer

Buyer/Purchasing Agent

VENDOR'S COPY



| PO# | 862330 | ORIGINAL | PAGE |  |
|---|---|---|---|---|
|  |  |  | DATE | 02/05/0 |

**BILL TO:**

706 S. STATE ST.
Attn: Accounts Payable
Girard, OH 44420

VENDOR: 23234

| PAYMENT INFORMATION | | |
|---|---|---|
| TERMS | Net payment due in 45 days | |
| DISCOUNT DAYS | RATE | DUE DAYS |
|  | SHIP INFORMATION | |
| FREIGHT TERMS | City of Industry - Casting | |
| SHIP VIA | Prepaid | |

PYROTEK INC.
1285 CLAREMONT ROAD
CARLISLE PA 17013

SHIP TO:    Indalex Inc.-COI Casting
18111 Railroad Street
-
City of Industry CA 91749

FAX: 800 648-4149
CONTACT:

PHONE:626 810-2420          EXT:
CONTACT:Lorena Avila
EMAIL: lorena_avila@indalex.com

| LINE | ITEM | QTY/ UNIT PRICE | UON | EXTENDED |
|---|---|---|---|---|
| 3 | 004473 GASKET/TROUGH Line is taxable | 100.0000 EA 2.09000 | | 209.00 |
| 4 | 004732 PERLUBE Line is taxable | 330.0000 LB 5.30000 | | 1,749.00 |
| 5 | 023442 TROUGH SOCK Line is taxable | 100.0000 EA 14.30000 | | 1,430.00 |
| 6 | 205306 SCRAPER Line is taxable | 10.0000 EA 21.98000 | | 219.80 |

*(handwritten: ok until 2/19/09.)*
*(handwritten: ok)*
*(handwritten: ok)*
*(handwritten: ok until 2/19/09)*
*(handwritten: 005 100)*

Purchase Order Summary

| Tax Summary | | | | |
|---|---|---|---|---|
| COI CASTING INVOICED TAX | Taxable 5,416.00000 | | | 446.82 |

*NOTICE: All shipping instructions must be followed as specified on the Purchase Order, any deviation without written consent from Indalex Inc. can and will result in a back charge for the difference in the freight invoice and the amount Indalex Inc. would have been charged to move the freight.

This order subject to the Terms and Conditions as set forth on the website www.Indalex.com

* The prices set forth in this Purchase Order are firm prices and cannot be changed by any clause, term or condition set forth in Seller's Quotation or Acknowledgement unless such change is specifically agreed to by Buyer in a separate written agreement.
*Mail Invoice(s) in Duplicate and Bill of Lading, if available, to the above address.

*Indalex Inc.

An Equal Opportunity Employer

Buyer/Purchasing Agent

VENDOR'S COPY



**INDALEX**
ALUMINUM SOLUTIONS

| PO# | 862330 | ORIGINAL | PAGE | 3 |
|-----|--------|----------|------|---|
| | | | DATE | 02/05/09 |

**PAYMENT INFORMATION**

| | |
|---|---|
| **TERMS** | Net payment due in 45 days |
| **DISCOUNT DAYS** | **RATE** **DUE DAYS** |
| | **SHIP INFORMATION** |
| **FREIGHT TERMS** | City of Industry - Casting |
| **SHIP VIA** | Prepaid |

BILL TO:

706 S. STATE ST.
Attn: Accounts Payable
Girard, OH 44420

VENDOR: 23234

PYROTEK INC.
1285 CLAREMONT ROAD
CARLISLE PA 17013

SHIP TO:    Indalex Inc.-COI Casting
18111 Railroad Street

-
-

City of Industry CA 91749

FAX: 800 648-4149
CONTACT:

PHONE:626 810-2420        EXT:
CONTACT:Lorena Avila
EMAIL: lorena_avila@indalex.com

| LINE | ITEM | QTY/ UNIT PRICE | UOM | EXTENDED |
|------|------|-----------------|-----|----------|
| | Goods Total: | | | 5,492.80 |
| | Order Total: | | | 5,939.62 |
| | End of Purchase Order: 862330 | | | |

2/6/09

*NOTICE: All shipping instructions must be followed as specified on the Purchase Order, any deviation without written consent from Indalex Inc. can and will result in a back charge for the difference in the freight invoice and the amount Indalex Inc. would have been charged to move the freight.

This order subject to the Terms and Conditions as set forth on the website www.Indalex.com

* The prices set forth in this Purchase Order are firm prices and cannot be changed by any clause, term or condition set forth in Seller's Quotation or Acknowledgement unless such change is specifically agreed to by Buyer in a separate written agreement.
*Mail Invoice(s) in Duplicate and Bill of Lading, if available, to the above address.

*Indalex Inc.

An Equal Opportunity Employer

Buyer/Purchasing Agent

VENDOR'S COPY



High Temperature
Materials Technology
Since 1956

**Pyrotek, Inc-USA**
**Centralized Billing Address**
**1285 Claremont Road**
**Carlisle, PA 17015**
**USA**

# Invoice

### Inv. Number: INV0169777

**Inv. Date:** 2/19/09
**Page:**
**Customer ID:** ALU01709
**Packlist Id:** PL0168719

**Sold To:** Indalex West Inc. - City of Industry
Attn: Accounts Payable
706 South State Street
Girard, OH 44420

**Ship To:** Indalex West Inc. - City of Industry
18111 East Railroad Street
City of Industry, CA 91748
USA

| Customer P.O. | Ship Via | Freight/Incoterm | Sales Order | Terms |
|---|---|---|---|---|
| 862798 | Our Truck, No Overag | Cerritos, CA | 0113699 | Net 45, Freight: Billed |

| Ordered | Shipped | UOM | Part ID | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 100.00 | 100.00 | Ea | 002693 | FLOAT, N14, 4.5"DIA W/20" WIRE, BN CTD | $7.83 | $783.00 |
| | | | *Customer Part ID:* **002693** | | | |
| 200.00 | 214.00 | Ea | 002770 | FLOAT, N14, 5.5"ROUND W/24" WIRE, BN CTD | $10.25 | $2,193.50 |
| | | | *Customer Part ID:* **N14FL09** | | | |
| 200.00 | 204.00 | Ea | 002945 | FLOAT, N14, 3.5"DIA, W/20" WIRE, BN CTD | $7.41 | $1,511.64 |
| | | | *Customer Part ID:* **N14FL08** | | | |
| 200.00 | 200.00 | Ea | 003915 | SPOUT, N14, 6" X 1-1/8" X 5/8", BN CTD | $5.72 | $1,144.00 |
| | | | *Customer Part ID:* **A-SPT012** | | | |
| 10.00 | 10.00 | Ea | 004091 | TC ASSY, 60" CIPT, TYPE K MGO. PLUG | $64.00 | $640.00 |
| | | | *Customer Part ID:* **004091** | | | |
| 100.00 | 100.00 | Ea | 004473 | TROUGH GASKET, G2, 1" X 16" X 16" | $2.09 | $209.00 |
| | | | *Customer Part ID:* **GAS070** | | | |
| 200.00 | 200.00 | Yd | 004476 | GLASSCLOTH, #43FF, F5, 37" X 100 YD ROLL | $4.65 | $930.00 |
| | | | *Customer Part ID:* **004897** | | | |
| 330.00 | 330.00 | Lb | 004732 | PERLUBE 2, 50 KG (110#) DRUM | $5.30 | $1,749.00 |
| | | | *Customer Part ID:* **PRL110** | | | |
| 500.00 | 500.00 | Ea | 005524 | CONE, ISO400, 3.562 x 4.719 x 3/8 x 1/4 | $.48 | $240.00 |
| | | | *Customer Part ID:* **THC017** | | | |

**SUB TOTAL**      $9,400.14
8.25% Sales Tax      $775.51

## Total Amount Due:      $10,175.65
All Currencies In US Dollars    ============

*For Questions Regarding This Invoice Please Contact:*
*Debbie Horn--Credit Analyst*
*Phone: (812) 868-2883 Fax: (812) 867-6353 Email: debhor@pyrotek-inc.com*
*Office Hours: Monday - Friday 8:00am-5:00pm EST/Indiana*

**Please Remit Payment To:**
**Pyrotek-USA**
**PO Box 643505**
**Cincinnati, OH 45264-3505**



*High Temperature
Materials Technology
Since 1956*

**Pyrotek, Inc.**
**1285 Claremont Road**
**Carlisle, PA 17013**
**USA**
**PH: (717) 249-2075  FAX: (717) 249-5905**

# Packing Slip

## Slip Number: PL0168719

**Date Shipped:** 2/18/09
**Page:** 1

**Customer:** Indalex West Inc. - City of Indu  ALU01709

    18111 East Railroad Street
    City of Industry, CA 91748
    USA

**Ship To:** Indalex West Inc. - City of Industry

    18111 East Railroad Street
    City of Industry, CA 91748
    USA

| Customer PO | Ship Via | Freight/Incoterm | Sales Order ID |
|---|---|---|---|
| 862798 | Our Truck, No Overages | Cerritos, CA | 0113699 |

| Ordered | Shipped | BkOrdered | U/M | Part ID | Description |
|---|---|---|---|---|---|
| **Order Specs:** | | | | | |
| 100.00 | 100.00 | 0.00 | Ea | 002693 | FLOAT, N14, 4.5"DIA W/20" WIRE, BN CTD<br>**Customer Part ID:** 002693 |
| | *Pkg Count:* 1 Ea Box | | | *Weight:* | *Pkg Size:* |
| 200.00 | 214.00 | 0.00 | Ea | 002770 | FLOAT, N14, 5.5"ROUND W/24" WIRE, BN CTD<br>**Customer Part ID:** N14FL09 |
| | *Pkg Count:* 5 Ea Box | | | *Weight:* | *Pkg Size:* |
| 200.00 | 204.00 | 0.00 | Ea | 002945 | FLOAT, N14, 3.5"DIA, W/20" WIRE, BN CTD<br>**Customer Part ID:** N14FL08 |
| | *Pkg Count:* 5 Ea Box | | | *Weight:* | *Pkg Size:* |
| 200.00 | 200.00 | 0.00 | Ea | 003915 | SPOUT, N14, 6" X 1-1/8" X 5/8", BN CTD<br>**Customer Part ID:** A-SPT012 |
| | *Pkg Count:* 2 Ea Box | | | *Weight:* | *Pkg Size:* |
| 10.00 | 10.00 | 0.00 | Ea | 004091 | TC ASSY, 60" CIPT, TYPE K MGO. PLUG<br>**Customer Part ID:** 004091 |
| 100.00 | 100.00 | 0.00 | Ea | 004473 | TROUGH GASKET, G2, 1" X 16" X 16"<br>**Customer Part ID:** GAS070 |
| | *Pkg Count:* 1 Ea Box | | | *Weight:* | *Pkg Size:* |
| 200.00 | 200.00 | 0.00 | Yd | 004476 | GLASSCLOTH, #43FF, F5, 37" X 100 YD ROLL<br>**Customer Part ID:** 004897 |
| | *Pkg Count:* 2 Ea Box | | | *Weight:* | *Pkg Size:* |
| 330.00 | 330.00 | 0.00 | Lb | 004732 | PERLUBE 2,  50 KG (110#) DRUM<br>**Customer Part ID:** PRL110 |
| | *Pkg Count:* 3 Ea Drum | | | *Weight:* | *Pkg Size:* |



*High Temperature*
*Materials Technology*
*Since 1956*

# Packing Slip

## Slip Number: PL0168719

**Pyrotek, Inc.**
1285 Claremont Road
Carlisle, PA 17013
USA
PH: (717) 249-2075 FAX: (717) 249-5905

Date Shipped: 2/18/09
Page: 2

**Customer:** Indalex West Inc. - City of Indu  ALU01709

18111 East Railroad Street
City of Industry, CA 91748
USA

**Ship To:** Indalex West Inc. - City of Industry

18111 East Railroad Street
City of Industry, CA 91748
USA

| Customer PO | Ship Via | Freight/Incoterm | Sales Order ID |
|---|---|---|---|
| 862798 | Our Truck, No Overages | Cerritos, CA | 0113699 |

| Ordered | Shipped | BkOrdered | U/M | Part ID | Description |
|---|---|---|---|---|---|
| 500.00 | 500.00 | 0.00 | Ea | 005524 | CONE, ISO400, 3.562 x 4.719 x 3/8 x 1/4 |
| | | | | | **Customer Part ID: THC017** |

Pkg Count: 1 Ea Box          Weight:          Pkg Size:

**CERTIFICATE OF CONFORMANCE:** This certifies that product (s) delivered against this purchase order is manufactured and in compliance to customer specification and established in the item number and part description.

**FREIGHT CLAIMS:** Unless otherwise provided on the ORDER ACKNOWLEDGEMENT form, all shipments and prices are F.O.B. point of shipment. Therefore, delivery by us to the initial carrier and acceptance by the carrier constitute delivery to Buyer and the risk of loss goods shall pass to Buyer upon such delivery to and acceptance by the carrier. When we arrange delivery, it is as a convenience to Buyer, and we assume no responsibility for carrier's performance or failure to perform in regard to delivery, loss, damage, breakage, or in any other respect after acceptance by the carrier. CLAIMS AGAINST CARRIERS MUST BE FILED BY THE PURCHASER.

**RETURNED GOODS PROCEDURE:** All goods being returned to Pyrotek must be accompanied by a return goods authorization number. This must be secured by calling Pyrotek Customer Service Department. This procedure must be strictly adhered to, in order that we may process these returns promptly within our system.



*High Temperature*
*Materials Technology*
*Since 1956*

# Packing Slip

**Pyrotek, Inc.**
16440 Manning Way
Cerritos, CA 90703
USA
PH: (562) 623-0085  FAX: (562) 623-0195

**Slip Number:** PL0168719

**Date Shipped:** 2/18/09
**Page:** 1

RECEIVED
FEB 18 2009
BY: José L Soto

**Customer:** Indalex West Inc. - City of Industry
18111 East Railroad Street
City of Industry, CA 91748
USA

**Ship To:** Indalex West Inc. - City of Industry
18111 East Railroad Street
City of Industry, CA 91748
USA

| Customer PO | Ship Via | Freight/Incoterm | Sales Order ID |
|---|---|---|---|
| 862798 | Our Truck, No Overages | Cerritos, CA | 0113699 |

| Ordered | Shipped | BkOrdered | U/M | Part ID | Description |
|---|---|---|---|---|---|
| **Order Specs:** | | | | | |
| 100.00 | 100.00 | 0.00 | Ea | 002693 | FLOAT, N14, 4.5"DIA W/20" WIRE, BN CTD<br>**Customer Part ID:** 002693 |
| *Pkg Count:* 1 Ea Box | | | | *Weight:* | *Pkg Size:* |
| 200.00 | 214.00 | 0.00 | Ea | 002770 | FLOAT, N14, 5.5"ROUND W/24" WIRE, BN CTD<br>**Customer Part ID:** N14FL09 |
| *Pkg Count:* 5 Ea Box | | | | *Weight:* | *Pkg Size:* |
| 200.00 | 204.00 | 0.00 | Ea | 002945 | FLOAT, N14, 3.5"DIA, W/20" WIRE, BN CTD<br>**Customer Part ID:** N14FL08 |
| *Pkg Count:* 5 Ea Box | | | | *Weight:* | *Pkg Size:* |
| 200.00 | 200.00 | 0.00 | Ea | 003915 | SPOUT, N14, 6" X 1-1/8" X 5/8", BN CTD<br>**Customer Part ID:** A-SPT012 |
| *Pkg Count:* 2 Ea Box | | | | *Weight:* | *Pkg Size:* |
| 10.00 | 10.00 | 0.00 | Ea | 004091 | TC ASSY, 60" CIPT, TYPE K MGO. PLUG<br>**Customer Part ID:** 004091 |
| 100.00 | 100.00 | 0.00 | Ea | 004473 | TROUGH GASKET, G2, 1" X 16" X 16"<br>**Customer Part ID:** GAS070 |
| *Pkg Count:* 1 Ea Box | | | | *Weight:* | *Pkg Size:* |
| 200.00 | 200.00 | 0.00 | Yd | 004476 | GLASSCLOTH, #43FF, F5, 37" X 100 YD ROLL<br>**Customer Part ID:** 004897 |
| *Pkg Count:* 2 Ea Box | | | | *Weight:* | *Pkg Size:* |
| 330.00 | 330.00 | 0.00 | Lb | 004732 | PERLUBE 2,  50 KG (110#) DRUM<br>**Customer Part ID:** PRL110 |
| *Pkg Count:* 3 Ea Drum | | | | *Weight:* | *Pkg Size:* |
| 500.00 | 500.00 | 0.00 | Ea | 005524 | CONE, ISO400, 3.562 x 4.719 x 3/8 x 1/4<br>**Customer Part ID:** THC017 |
| *Pkg Count:* 1 Ea Box | | | | *Weight:* | *Pkg Size:* |


# INDALEX
### ALUMINUM SOLUTIONS

| PO# | 862798 | ORIGINAL | PAGE | 1 |
|---|---|---|---|---|
| | | | DATE | 02/17/09 |

| | PAYMENT INFORMATION |
|---|---|
| TERMS | Net payment due in 45 days |
| DISCOUNT DAYS | RATE | DUE DAYS |
| | SHIP INFORMATION |
| FREIGHT TERMS | City of Industry - Casting |
| | Prepaid |
| SHIP VIA | |

BILL TO:

706 S. STATE ST.
Attn: Accounts Payable
Girard, OH 44420

VENDOR: 23234

PYROTEK INC.
1285 CLAREMONT ROAD
CARLISLE PA 17013

SHIP TO:     Indalex Inc.-COI Casting
18111 Railroad Street
-
-
City of Industry CA 91749

FAX: 800 648-4149
CONTACT:

PHONE: 626 810-2420       EXT:
CONTACT: Lorena Avila
EMAIL: lorena_avila@indalex.com

| LINE | ITEM | QTY/UNIT PRICE | UOM | EXTENDED |
|---|---|---|---|---|
| | Deliver on February 18, 2009 unless specified by line | | | |
| | Purchase Order Currency: US Dollar | | | |
| | Additional Contacts : | | | |
| | Invoice by mail | | | |
| | Process Level: 78 | | | |
| 1 | 002693 | 100.0000 EA | | 783.00 |
| | 4.5" floats | 7.83000 | | |
| | Line is taxable | | | |
| 2 | 002770 | 200.0000 EA | | 2,050.00 |
| | 5.5" floats | 10.25000 | | |
| | Line is taxable | | | |

*NOTICE: All shipping instructions must be followed as specified on the Purchase Order, any deviation without written
consent from Indalex Inc. can and will result in a back charge for the difference in the freight invoice and the amount
Indalex Inc. would have been charged to move the freight.

This order subject to the Terms and Conditions as set forth on the
website www.Indalex.com
* The prices set forth in this Purchase Order are firm prices and cannot be changed by
any clause, term or condition set forth in Seller's Quotation or Acknowledgement
unless such change is specifically agreed to by Buyer in a separate written agreement.
*Mail Invoice(s) in Duplicate and Bill of Lading, if available, to the above address.

*Indalex Inc.

An Equal Opportunity Employer

Buyer/Purchasing Agent

VENDOR'S COPY



**BILL TO:**
706 S. STATE ST.
Attn: Accounts Payable
Girard, OH 44420

VENDOR: 23234

| PO# | 862798 | | ORIGINAL | PAGE | 2 |
|---|---|---|---|---|---|
| | | | | DATE | 02/17/09 |

| | PAYMENT INFORMATION | |
|---|---|---|
| TERMS | Net payment due in 45 days | |
| DISCOUNT DAYS | RATE | DUE DAYS |
| | SHIP INFORMATION | |
| | City of Industry - Casting | |
| FREIGHT TERMS | Prepaid | |
| SHIP VIA | | |

PYROTEK INC.
1285 CLAREMONT ROAD
CARLISLE PA 17013

FAX: 800 648-4149
CONTACT:

SHIP TO:    Indalex Inc.-COI Casting
18111 Railroad Street
-
-
City of Industry CA 91749
PHONE:626 810-2420        EXT:
CONTACT:Lorena Avila
EMAIL:lorena_avila@indalex.com

| LINE | ITEM | QTY/ UNIT PRICE | UOM | EXTENDED |
|---|---|---|---|---|
| 3 | 002945 3.5" floats Line is taxable | 200.0000 7.41000 | EA | 1,482.00 |
| 4 | 003915 6" spout Line is taxable | 200.0000 5.72000 | EA | 1,144.00 |
| 5 | 004091 Complete T/C 60" Line is taxable | 10.0000 64.00000 | EA | 640.00 |
| 6 | 004473 GASKET Line is taxable | 100.0000 2.09000 | EA | 209.00 |
| 7 | 004476 CLOTH | 200.0000 4.65000 | EA | 930.00 |

*NOTICE: All shipping instructions must be followed as specified on the Purchase Order, any deviation without written
consent from Indalex Inc. can and will result in a back charge for the difference in the freight invoice and the amount
Indalex Inc. would have been charged to move the freight.

This order subject to the Terms and Conditions as set forth on the
website www.Indalex.com

* The prices set forth in this Purchase Order are firm prices and cannot be changed by
any clause, term or condition set forth in Seller's Quotation or Acknowledgement
unless such change is specifically agreed to by Buyer in a separate written agreement.
*Mail Invoice(s) in Duplicate and Bill of Lading, if available, to the above address.

*Indalex Inc.

An Equal Opportunity Employer

Buyer/Purchasing Agent

**VENDOR'S COPY**


**INDALEX**
ALUMINUM SOLUTIONS

| PO# | 862798 | ORIGINAL | PAGE | 3 |
|---|---|---|---|---|
| | | | DATE | 02/17/09 |

**BILL TO:**
706 S. STATE ST.
Attn: Accounts Payable
Girard, OH 44420

VENDOR: 23234

| | PAYMENT INFORMATION |
|---|---|
| TERMS | Net payment due in 45 days |
| DISCOUNT DAYS | RATE                DUE DAYS |
| | SHIP INFORMATION |
| | City of Industry - Casting |
| FREIGHT TERMS | Prepaid |
| SHIP VIA | |

**PYROTEK INC.**
1285 CLAREMONT ROAD
CARLISLE PA 17013

FAX: 800 648-4149
CONTACT:

SHIP TO:    Indalex Inc.-COI Casting
18111 Railroad Street
-
-
City of Industry CA 91749
PHONE: 626 810-2420          EXT:
CONTACT: Lorena Avila
EMAIL: lorena_avila@indalex.com

| LINE | ITEM | QTY/ UNIT PRICE | UOM | EXTENDED |
|---|---|---|---|---|
| 7 | 004476 CLOTH Line is taxable | Continued | | |
| 8 | 004732 PERLUBE Line is taxable | 330.0000 5.30000 | EA | 1,749.00 |
| 9 | 005524 CONES Line is taxable | 500.0000 .48000 | EA | 240.00 |
| | Purchase Order Summary | | | |
| | Tax Summary COI CASTING INVOICED TAX | Taxable 7,655.70000 | | 631.61 |
| | Goods Total: | | | 9,227.00 |
| | Order Total: | | | 9,858.61 |

2/18/09

*NOTICE: All shipping instructions must be followed as specified on the Purchase Order, any deviation without written
consent from Indalex Inc. can and will result in a back charge for the difference in the freight invoice and the amount
Indalex Inc. would have been charged to move the freight.
This order subject to the Terms and Conditions as set forth on the
website www.Indalex.com
* The prices set forth in this Purchase Order are firm prices and cannot be changed by
any clause, term or condition set forth in Seller's Quotation or Acknowledgement
unless such change is specifically agreed to by Buyer in a separate written agreement.
*Mail Invoice(s) in Duplicate and Bill of Lading, if available, to the above address.

*Indalex Inc.

An Equal Opportunity Employer

Buyer/Purchasing Agent

**VENDOR'S COPY**


**INDALEX**
ALUMINUM SOLUTIONS

| PO# | 862798 | ORIGINAL | PAGE | 4 |
|---|---|---|---|---|
| | | | DATE | 02/17/09 |

| | | PAYMENT INFORMATION |
|---|---|---|
| | TERMS | Net payment due in 45 days |
| DISCOUNT DAYS | | RATE       DUE DAYS |
| | | SHIP INFORMATION |
| | | City of Industry - Casting |
| FREIGHT TERMS | | Prepaid |
| SHIP VIA | | |

BILL TO:

706 S. STATE ST.
Attn: Accounts Payable
Girard, OH 44420

VENDOR: 23234

PYROTEK INC.
1285 CLAREMONT ROAD
CARLISLE PA 17013

SHIP TO:    Indalex Inc.-COI Casting
18111 Railroad Street
-
-
City of Industry CA 91749

FAX: 800 648-4149
CONTACT:

PHONE: 626 810-2420        EXT:
CONTACT: Lorena Avila
EMAIL: lorena_avila@indalex.com

| LINE | ITEM | QTY/ UNIT PRICE | UOM | EXTENDED |
|---|---|---|---|---|
| | | | | |

End of Purchase Order: 862798

*NOTICE: All shipping instructions must be followed as specified on the Purchase Order, any deviation without written
consent from Indalex Inc. can and will result in a back charge for the difference in the freight invoice and the amount
Indalex Inc. would have been charged to move the freight.

This order subject to the Terms and Conditions as set forth on the
website www.Indalex.com

* The prices set forth in this Purchase Order are firm prices and cannot be changed by
any clause, term or condition set forth in Seller's Quotation or Acknowledgement
unless such change is specifically agreed to by Buyer in a separate written agreement.
*Mail Invoice(s) in Duplicate and Bill of Lading, if available, to the above address.

*Indalex Inc.

An Equal Opportunity Employer

Buyer/Purchasing Agent

VENDOR'S COPY



*High Temperature*
*Materials Technology*
*Since 1956*

**Pyrotek, Inc-USA**
**Centralized Billing Address**
**1285 Claremont Road**
**Carlisle, PA 17015**
**USA**

# Invoice

## Inv. Number: INV0172077

Inv. Date: 3/20/09
Page:
Customer ID: ALU01709
Packlist Id: PL0171052

**Sold To:** Indalex West Inc. - City of Industry
Attn: Accounts Payable
706 South State Street
Girard, OH 44420

**Ship To:** Indalex West Inc. - City of Industry
18111 East Railroad Street
City of Industry, CA 91748
USA

| Customer P.O. | Ship Via | Freight/Incoterm | Sales Order | Terms |
|---|---|---|---|---|
| Butch | PICK UP | Cerritos, CA | 0115382 | Net 45, Freight: Billed |

| Ordered | Shipped | UOM | Part ID | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 220.00 | 220.00 | Lb | 004732 | PERLUBE 2, 50 KG (110#) DRUM | $5.30 | $1,166.00 |
| | | | | Customer Part ID: **PRL110** | | |

| | |
|---|---|
| **SUB TOTAL** | $1,166.00 |
| 8.25% Sales Tax | $96.20 |

**Total Amount Due:**     $1,262.20
All Currencies In US Dollars    ============

WILL CALL BUTCH FROM INDALEX

*For Questions Regarding This Invoice Please Contact:*
*Debbie Horn--Credit Analyst*
*Phone: (812) 868-2883 Fax: (812) 867-6353 Email: debhor@pyrotek-inc.com*
*Office Hours: Monday - Friday 8:00am-5:00pm EST/Indiana*

**Please Remit Payment To:**
**Pyrotek-USA**
**PO Box 643505**
**Cincinnati, OH 45264-3505**

*High Temperature
Materials Technology
Since 1956*

 **Pyrotek**

# Packing Slip

### Slip Number: PL0171052

Date Shipped: 3/19/09
Page: 1

**Pyrotek, Inc.**
1285 Claremont Road
Carlisle, PA 17013
USA
PH: (717) 249-2075 FAX: (717) 249-5905

Customer: Indalex West Inc. - City of Indu  ALU01709

18111 East Railroad Street
City of Industry, CA 91748
USA

Ship
To:

Indalex West Inc. - City of Industry

18111 East Railroad Street
City of Industry, CA 91748
USA

| Customer PO | Ship Via | Freight/Incoterm | Sales Order ID |
|---|---|---|---|
| Butch | PICK UP | Cerritos, CA | 0115382 |

| Ordered | Shipped | BkOrdered | U/M | Part ID | Description |
|---|---|---|---|---|---|
| **Order Specs:** | | | | | |
| 220.00 | 220.00 | 0.00 | Lb | 004732 | PERLUBE 2,  50 KG (110#) DRUM |
| | | | | | **Customer Part ID: PRL110** |
| *Pkg Count:* 2 Ea Drum | | | *Weight:* | | *Pkg Size:* |

| WILL CALL BUTCH FROM INDALEX |
|---|

**CERTIFICATE OF CONFORMANCE:** This certifies that product (s) delivered against this purchase order is manufactured and in compliance to customer specification and established in the item number and part description.

**FREIGHT CLAIMS:** Unless otherwise provided on the ORDER ACKNOWLEDGEMENT form, all shipments and prices are F.O.B. point of shipment. Therefore, delivery by us to the initial carrier and acceptance by the carrier constitute delivery to Buyer and the risk of loss goods shall pass to Buyer upon such delivery to and acceptance by the carrier. When we arrange delivery, it is as a convenience to Buyer, and we assume no responsibility for carrier's performance or failure to perform in regard to delivery, loss, damage, breakage, or in any other respect after acceptance by the carrier. CLAIMS AGAINST CARRIERS MUST BE FILED BY THE PURCHASER.

**RETURNED GOODS PROCEDURE:** All goods being returned to Pyrotek must be accompanied by a return goods authorization number. This must be secured by calling Pyrotek Customer Service Department. This procedure must be strictly adhered to, in order that we may process these returns promptly within our system.



*High Temperature*
*Materials Technology*
*Since 1956*

**Pyrotek, Inc.**
1285 Claremont Road
Carlisle, PA 17013
USA
PH: (717) 249-2075  FAX: (717) 249-5905

# Packing Slip

### Slip Number: PL0163824

**Date Shipped:** 12/11/08
**Page:** 2

**Customer:** Indalex West Inc. - City of Indu  ALU01709

    18111 East Railroad Street
    City of Industry, CA 91748
    USA

**Ship To:** Indalex West Inc. - City of Industry

    18111 East Railroad Street
    City of Industry, CA 91748
    USA

| Customer PO | Ship Via | Freight/Incoterm | Sales Order ID |
|---|---|---|---|
| 860576 | Our Truck, No Overages | Cerritos, CA | 0110188 |

| Ordered | Shipped | BkOrdered | U/M | Part ID | Description |
|---|---|---|---|---|---|

Buyer, and we assume no responsibility for carrier's performance or failure to perform in regard to delivery, loss, damage, breakage, or in any other respect after acceptance by the carrier.  **CLAIMS AGAINST CARRIERS MUST BE FILED BY THE PURCHASER.**

RETURNED GOODS PROCEDURE: All goods being returned to Pyrotek must be accompanied by a return goods authorization number. This must be secured by calling Pyrotek Customer Service Department.  This procedure must be strictly adhered to, in order that we may process these returns promptly within our system.



Pyrotek

# Packing Slip

**Pyrotek, Inc.**
**16440 Manning Way**
**Cerritos, CA 90703**
**USA**
**PH: (562) 623-0085  FAX: (562) 623-0195**

**Slip Number: PL0171052**

Date Shipped: 3/19/09
Page: 1

**Customer:** Indalex West Inc. - City of Industry
18111 East Railroad Street
City of Industry, CA 91748
USA

**Ship To:** Indalex West Inc. - City of Industry
18111 East Railroad Street
City of Industry, CA 91748
USA

| Customer PO | Ship Via | Freight/Incoterm | Sales Order ID |
|---|---|---|---|
| Butch | PICK UP | Cerritos, CA | 0115382 |

| Ordered | Shipped | BkOrdered | U/M | Part ID | Description |
|---|---|---|---|---|---|
| **Order Specs:** | | | | | |
| 220.00 | 220.00 | 0.00 | Lb | 004732 | PERLUBE 2, 50 KG (110#) DRUM |
| | | | | | **Customer Part ID: PRL110** |

*Pkg Count:* 2 Ea Drum          *Weight:*          *Pkg Size:*

WILL CALL BUTCH FROM INDALEX

**CERTIFICATE OF CONFORMANCE:** This certifies that product (s) delivered against this purchase order is manufactured and in compliance to customer specification and established in the item number and part description.

**FREIGHT CLAIMS:** Unless otherwise provided on the ORDER ACKNOWLEDGEMENT form, all shipments and prices are F.O.B. point of shipment. Therefore, delivery by us to the initial carrier and acceptance by the carrier constitute delivery to Buyer and the risk of loss goods shall pass to Buyer upon such delivery to and acceptance by the carrier. When we arrange delivery, it is as a convenience to Buyer, and we assume no responsibility for carrier's performance or failure to perform in regard to delivery, loss, damage, breakage, or in any other respect after acceptance by the carrier. CLAIMS AGAINST CARRIERS MUST BE FILED BY THE PURCHASER.

**RETURNED GOODS PROCEDURE:** All goods being returned to Pyrotek must be accompanied by a return goods authorization number. This must be secured by calling Pyrotek Customer Service Department. This procedure must be strictly adhered to, In order that we may process these returns promptly within our system.



RECEIVED
MAR 1 9 2009

BY: _____



Lori Steckman/Pyrotek
Location: Spokane

Sent by: Lori Steckman

03/25/2009 10:30 AM

To   Jacki Witt/Pyrotek@Pyrotek
cc
bcc
Subject   Fw: Credit Status-Verbal Order Butch

Jacki,
Below is an e-mail from Lorena at Indalex asking me to process an order using Butch Ginther as a purchase order number.

Let me know if I can help further

Regards
Lori
----- Forwarded by Lori Steckman/Pyrotek on 03/25/2009 10:30 AM -----



Lorena_Avila@Indalex.com
03/19/2009 11:19 AM

To   lorste@pyrotek-inc.com
cc
Subject   Re: Credit Status

```
Lori,
We urgently need 220#s of the Perlube today.  Can you release this?  Use
Butch Ginther as the PO# for now.  Please confirm.

Thanks,
Lorena
```

```
          lorste@pyrotek-inc.com  03/18/2009 09:36 AM
          To:       Lorena_Avila@Indalex.com
          cc:       Butch_Ginther@Indalex.com
          Subject   Re: Credit Status

Lorena,
Do you have everything you need in order to process pymt?  Let me know if I
can help in any way

Regards
Lori
```

```
          Lorena_Avila@Indalex.com  03/17/2009 09:30 AM

          To:       lorste@pyrotek-inc.com
          cc:       Butch_Ginther@Indalex.com
          Subject   Re: Credit Status

Lori,
Please have them fax me that invoice so I can forward to my A/P and find
out payment status.

Thanks,
Lorena
```

```
          lorste@pyrotek-inc.com  03/17/2009 09:16 AM
          To:       Lorena_Avila@Indalex.com
          cc:       Butch_Ginther@Indalex.com
          Subject  Re: Credit Status

Lorena,
     It still telling me I cannot enter the order due to an invoice 95
days past due.  Do you know what this is?  Should I get in touch with our
accting dept?  They will most likely set to override allowed and let me
enter the order sinece they did last time.
```

Lorena_Avila@Indalex.com   03/17/2009 09:12 AM

To:       lorste@pyrotek-inc.com
cc:       Butch_Ginther@Indalex.com
Subject:  Credit Status

Hi Lori,
I'm getting ready to send Pyrotek an order but want to make sure we are not
on credit hold.  Please confirm credit status.

Thanks,

Lorena Avila
Purchasing Manager
Indalex Inc.
Tel. (626) 810-2420
Fax.(800) 648-4149
Cell (626) 664-9070

**********************************************************************
THIS E-MAIL AND ANY ATTACHED FILES ARE CONFIDENTIAL, PROTECTED BY COPYRIGHT
AND MAY BE LEGALLY PRIVILEGED.  If you are not the intended addressee or
have received the e-mail in error, any use of this e-mail or any copying,
distribution or other dissemination of it is strictly prohibited. If you
have received this transmission in error, please notify the sender
immediately and then delete the e-mail. E-mail cannot be guaranteed to be
secure, error free or free from viruses. Indalex does not accept any
liability whatsoever for any loss or damage which may be caused as a result
of the transmission of this message by e-mail. If verification is required,
please request a hard copy version.
**********************************************************************


Disclaimer: This email is intended only for the addressee's use and may
contain confidential or privileged
information. If you are not the named addressee or the person responsible
for delivering the message to
the named addressee, please notify the sender and delete it from your
system. The contents should not be
disclosed to anyone nor copies taken. We take reasonable precautions to
ensure that our emails are virus
free. However we accept no responsibility for any virus transmitted by us
and recommend that you subject
any incoming email to your own virus checking procedures. The statements
and opinions expressed in this
email may not represent those of the company.